THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
JUDITH S. LELAND (State Bar No: 63747)
MOSELLE C. LELAND (State Bar No: 268272)
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8933
    Facsimile: (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIAN ELIZABETH HARRIS,<br><br>    Plaintiff,<br><br>        v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 19-09110-AS<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FIVE THOUSAND FIVE HUNDRED and FIFTY DOLLARS [$5,550.00]. as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated:   10/29/20             /S/ Alka Sagar
                              HONORABLE   ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE

1